IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:14CR00086-BRW

SARA ALVERSON

ORDER

Defendant's unopposed Motion for Early Termination of Supervised Release (Doc. No. 4) is GRANTED.

IT IS SO ORDERED this 18th day of December, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1